UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NURDAN MACGAFFICK,

               Plaintiff,

          -v-                         5:15-CV-0778
                                        (DNH/ATB)

CAROLYN W. COLVIN, as Commissioner
of Social Security,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                   OF COUNSEL:

LAW OFFICE OF PETER W. ANTONOWICZ     PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff
148 West Dominick Street
Rome, NY 13440

SOCIAL SECURITY ADMINISTRATION         TOMASINA DIGRIGOLI, ESQ.
Attorney for Defendant
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Plaintiff Nurdan MacGaffick filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for disability benefits and supplemental security income under the Social Security Act. By Report-Recommendation dated July 28, 2016, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended

that the Commissioner's decision finding no disability be affirmed.  Plaintiff filed timely objections to the Report-Recommendation.  See ECF No. 20, 21.

Based upon a de novo determination of the portion of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

(1) the Commissioner's decision is **AFFIRMED**;

(2) defendant's motion for judgment on the pleadings is **GRANTED**; and

(3) the complaint is **DISMISSED**.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 28, 2016
      Utica, New York